**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION**

**UNITED STATES OF AMERICA**

**v.**

**JONATHAN WESLEY WILCOX**
**a/k/a "Jonathan J Wilcox"**
_____________________________/

**INDICTMENT**

1:26 cr 38-AW

**THE GRAND JURY CHARGES:**

**COUNT ONE**

On or about July 19, 2026, in the Northern District of Florida, the defendant,

**JONATHAN WESLEY WILCOX,**
**a/k/a "Jonathan J Wilcox,"**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition in and affecting interstate and foreign commerce, that is:

1. On or about September 7, 2012, **JONATHAN WESLEY WILCOX** was convicted in the State of Florida of Aggravated Assault with Deadly Weapon.

2. For this crime, **JONATHAN WESLEY WILCOX** was subject to punishment by a term of imprisonment exceeding one year.

3. Thereafter, **JONATHAN WESLEY WILCOX** did knowingly possess a firearm, to wit, a Glock 9 millimeter pistol, and ammunition, namely, Blazer and Luger 9 millimeter caliber ammunition.

FILED USDC FLND TL
OCT 6 '26 PM5:43

4. This firearm and ammunition had previously been transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**CRIMINAL FORFEITURE**

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference. Because the defendant,

**JONATHAN WESLEY WILCOX,**
**a/k/a "Jonathan J Wilcox,"**

in committing and attempting to commit a felony in violation of the laws of the United States, as charged in Count One of this Indictment, perpetrated in whole or in part by the use of a firearm and ammunition, did knowingly possess the firearm and ammunition described above, any and all interest that this defendant has in the firearm and ammunition involved in this violation is vested in the United States

and hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924(d)(1).

A TRUE BILL:

Redacted

10/6/2026
DATE

JOHN P. HEEKIN
United States Attorney

for
TYLER FLEMING
Assistant United States Attorney